UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EHW CONSTRUCTORS, A JOINT VENTURE; SKANSKA USA CIVIL, INC.; SKANSKA USA CIVIL SOUTHEAST, INC.,; AMERICAN BRIDGE COMPANY; NOVA GROUP, INC., *in personam*,<br><br>Defendants. | No. 3:16-cv-05475-RBL<br><br>IN ADMIRALTY<br><br>SECOND DECLARATION OF R. RUSSELL JOHNSON |

I, R. Russell Johnson, declare the following under penalty of perjury of the laws of the State of Washington.

1. I am over eighteen years of age and competent to make this declaration of my own personal knowledge. I was retained by defendants to act as an expert witness in this matter and have provided a Declaration and an Opinion Report and a Supplemental Opinion Report. Copies of my reports were attached to my first Declaration in this matter as Exhibit 1 and Exhibit 2.

DECLARATION OF R. RUSSELL JOHNSON – PAGE 1
CAUSE NO. 3:16-cv-05475-RBL

1962226 / 237.0005

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

2. My opinions and observations below are consistent with those contained in my reports, which are incorporated by reference as if fully set forth here.

3. Whether the buoy struck by the patrol boat was the buoy identified as Buoy #1 or was the buoy identified as Buoy #2 does not change any of my opinions and conclusions. The two buoys are anchored within just a few hundred feet of each other and in substantially similar positions relative to the pier with the bright lights described by the patrol boat crew and relative to the dock where the patrol boats tied up. Buoy #2 is slightly further offshore from the main dock but this does not change any of my opinions, conclusions or observations about the cause of the allision, the acts and failure to act by the vessel's master or the statutory violations committed by the master.

DATED at __1205 PM__ this __8th__ day of December, 2017.

By: _R. Russell Johnson_
R. Russell Johnson

DECLARATION OF R. RUSSELL JOHNSON – PAGE 2
CAUSE NO. 3:16-cv-05475-RBL

1962226 / 237.0005

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX